UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT TAMBURRI,

    Plaintiff,

v.                                          Case No:   2:14-cv-574-FtM-38CM

EVEREST ASSET MANAGEMENT, LLC,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Carol Mirando (Doc. #19) filed on April 9, 2015, recommending that the Motion for Attorney's Fees and Costs (Doc. #15) be granted.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); U.S. v. Lee County, Fla., 2012 WL 1714775, *1 (M.D.Fla. May 14, 2012) (citing Williams v. Wainwright, 681 F.2d 732 (11th Cir.1982), *cert. denied,* 459 U.S. 1112, 103 S. Ct. 744, 74 L.Ed.2d 964 (1983)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir.1993), and the court may accept, reject

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. *See* Cooper–Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir.1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431–32 (S.D.Fla.1993), *aff'd,* 28 F.3d 116 (11th Cir.1994) (Table).

Plaintiff was awarded a default judgment on March 13, 2015. As the prevailing party, the Plaintiff moved for attorney's fees and costs. The Plaintiff requested $1,670.00 in attorney's fees and $617.60 in costs of which only $450.00 were taxable under 28 U.S.C. § 1920. The Magistrate Judge found that the $1,670.00 in attorney's fees and $450.00 in costs were reasonable. After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the Magistrate Judge.

Accordingly, it is now **ORDERED:**

The Report and Recommendation of United States Magistrate Judge Carol Mirando (Doc. #19) is **ACCEPTED and ADOPTED**.

- The Plaintiff's Motion for Attorney's Fees and Costs (Doc. #15) is **GRANTED** in the amount of $1,670.00 in attorney's fees and $450.00 in costs.
- The Clerk of the Court shall file an Amended Judgment which includes the amount for attorney's fees and costs and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of April, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record