UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT TAMBURRI,

    Plaintiff,

v.                                    Case No: 2:14-cv-574-FtM-38CM

EVEREST ASSET
MANAGEMENT, LLC,

    Defendant.

### ORDER

This matter comes before the Court upon review of Answer of Garnishee and Demand for Garnishee Fee (Doc. 29), construed as a motion for payment of garnishee fee, filed on June 3, 2015. On March 13, 2015, the Clerk entered a Default Judgment in this case in favor of the Plaintiff and against the Defendant in the amount of $752,000.00.[1] Doc. 14. On April 23, 2015, this Court entered an Amended *Ex Parte* Order granting Plaintiff's *Ex Parte* Motion for Issuance of Writ of Garnishment as to Wells Fargo Bank, N.A. Doc. 24. The Court ordered Plaintiff to follow all provisions of Fla. Stat. §77.01 *et seq. Id.* at 2.

In accordance with Fla. Stat. §77.28, as amended effective July 1, 2014, garnishee Wells Fargo Bank, as successor in interest to Wachovia Bank, requests

---

[1] An Amended Default Judgment was entered on April 27, 2015 to also reflect an award in favor of Plaintiff in the amount of $1,670.00 in fees and $450.00 in costs. Doc. 22.

Plaintiff to pay garnishee's partial attorney's fee of $100.00. Fla. Stat. §77.28 provides, in part

> Upon issuance of any writ of garnishment, the party applying for it shall pay $100 to the garnishee on the garnishee's demand at any time after the service of the writ for the payment or part payment of his or her attorney fee which the garnishee expends or agrees to expend in obtaining representation in response to the writ.

To the extent Plaintiff has not already done so, he must comply with Fla. Stat. §77.28, as previously ordered to do so. Doc. 24 at 2.

ACCORDINGLY, it is hereby

**ORDERED:**

Answer of Garnishee and Demand for Garnishee Fee (Doc. 29), construed as a motion for payment of garnishee fee, is **GRANTED**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 22nd day of January, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record