IN THE FEDERAL COURT, IN AND FOR COUNTY, FLORIDA

CASE NO.: 2:14-CV-574-FTM-38CM

ROBERT TAMBURRI,

    Plaintiff,

v.

EVEREST ASSET MANAGEMENT, LLC,

    Defendant,

v.

WELLS FARGO BANK, N.A., Successor in Interest to Wachovia Bank, N.A.

    Garnishee.

_____/

## NOTICE OF AUTOMATIC DISSOLUTION OF WRIT OF GARNISHMENT PURSUANT TO §77.07(5), FLORIDA STATUTES

    COMES NOW, the Garnishee, Wells Fargo Bank, N.A., successor by merger to WACHOVIA BANK, N.A. ("Wells Fargo Bank"), and gives Notice of the Automatic Dissolution of the Writ of Garnishment filed herein as to Wells Fargo Bank as Garnishee on August 8, 2014 (the "Writ") and the Automatic Discharge of Wells Fargo Bank as Garnishee from further liability under the Writ, pursuant to §77.07(5), *Florida Statutes*, and in support thereof states that:

    1.    §77.07(5), *Florida Statutes* states in relevant part as follows:

**77.07. Dissolution of writ**
(1)    * * *
(5)    If the plaintiff fails to file a dismissal or motion for final judgment within 6 months after filing the writ of garnishment, the **writ shall automatically be dissolved** and the garnishee shall be discharged from further liability under the writ. The plaintiff has the right to extend the writ for an additional 6 months by serving the garnishee and the defendant a notice of extension and filing in the underlying proceeding a certificate of such service. (Emphasis added)

    2.    The Court's docket reflects (1) that Plaintiff has not filed a dismissal or motion for final judgment within six (6) months after filing the Writ, and (2) that Plaintiff has not served "a notice of extension," as described in §77.07(5), *Florida Statutes*, on the Garnishee and the

46341015

Defendant(s), and did not file a certification of service of such "notice of extension" with the Court within six (6) months after filing the Writ.

THEREFORE the Writ of Garnishment as to Wells Fargo Bank was automatically dissolved, and Wells Fargo Bank was automatically discharged from further liability under said Writ of Garnishment, as of March 08, 2015, pursuant to §77.07(5), *Florida Statutes*. See Akerman Senterfitt & Edison, P.A. v. Value Seafood, Inc., 121 So.3d 83, (Fla. 3d DCA 2013).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copy hereof has been furnished to the email or mail addresses listed on the attached Service List by email or mail on June 9, 2017.

MARKS GRAY, P.A.

By _____
John B. Kent
Florida Bar No. 042442
P.O. Box 447
Jacksonville, FL 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
jkent@marksgray.com
Attorneys for Garnishee

## SERVICE LIST

Stephenie Biernacki Anthony, Esq.
(santhony@anthonyandpartners.com)

46341015